UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAB LEE BENNETT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. SAXTON,<br><br>　　　　Respondent. | No. 2:18-cv-0719 KJM AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On June 29, 2018, respondent filed a motion to dismiss the petition. ECF No. 10. Petitioner has not responded to the motion.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: August 20, 2018

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1